IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

KENNETH MICHELINI,

Plaintiff,

vs.

DAYNA HINCKLE,

Defendant.

CV 25-66-BU-KLD

ORDER

Pursuant to the Court's prior order (Doc. 36), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 37). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 17th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge